[No. 42315-4-II.   Division Two.   April 2, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS M. VILLARREAL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 10-1-00476-6, Michael H. Evans, J., entered June 23, 2011. *Affirmed* by unpublished opinion per Bridgewater, J. Pro Tem., concurred in by Johanson, A.C.J., and Wiggins, J. Pro Tem.

[No. 42319-7-II.   Division Two.   April 2, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN GRANT WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 10-1-00482-8, James W. Lawler, J., entered June 27, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Johanson, A.C.J., and Bjorgen, J.

[No. 42369-3-II.   Division Two.   April 2, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. STANLEY CURTIS JUVE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 11-1-00016-5, Stephen M. Warning, J., entered June 6, 2011. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, C.J., and Quinn-Brintnall, J.

[No. 42521-1-II.   Division Two.   April 2, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES MICHAEL BEEBE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-1-00830-0, Gary R. Tabor, J., entered July 14, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Hunt and Bjorgen, JJ.